UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY L. LEICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY aka THE HARTFORD,<br><br>　　　　Defendant. | CASE NO. 07-CV-00049 GEB-DAD<br><br>**[PROPOSED] JUDGMENT** |

In accordance with this Court's April 24, 2008 Order, Judgment is hereby entered in favor of plaintiff Kerry L. Leick and against Hartford Life and Accident Insurance Company as follows:

　　1.　　Plaintiff is awarded, and Hartford shall pay to plaintiff, past due benefits under the Continental Casualty Company group disability income policy number SR-83078135 ("the Policy") from the date such benefits were terminated effective November 17, 2005 through April 30, 2008 in the amount of $18,594.80.

　　2.　　Plaintiff shall recover from Hartford prejudgment interest on the past due benefits in the amount of $1,125.52.

　　3.　　Plaintiff's benefits shall be reinstated and she shall receive further monthly benefits from Hartford so long as she satisfies all of the terms and conditions of the Policy,

1  including the definition of disability.

2      4.    Plaintiff shall make an application under Eastern District Local Rule 54-293 to
3  establish the amount of attorneys' fees to which she is entitled under the Employee Retirement
4  Income Security Act, 29 U.S.C. Section 1001 *et seq.*, within thirty (30) days after entry of this
5  Judgment, unless the parties have otherwise agreed upon the amount of fees to which plaintiff is
6  entitled.

7      **IT IS SO ORDERED.**

8

9  DATED: 5/27/08

10  _____
11  GARLAND E. BURRELL, JR.
    United States District Judge

12

    All parties agree to the proposed form of this Judgment.
13
    DATED: May __, 2008        DAVID ALLEN & ASSOCIATES
14

15

16                                  By:_____
                                   David Allen
17                                     Attorneys for Plaintiff
                                   KERRY L. LEICK
18

19  DATED: May __, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP

20

21
                                By:_____
22                                     Dennis G. Rolstad
                                   Erin A. Cornell
23                                     Attorneys for Defendant
                                   HARTFORD LIFE AND ACCIDENT INSURANCE
24                                     COMPANY

25

26

27

28